■ In the Matter of SHANNON W., a Person Alleged to be a Juvenile Delinquent, Respondent. PRESENTMENT AGENCY, Appellant. [750 NYS2d 881] —In a juvenile delinquency proceeding pursuant to Family Court Act article 3, the appeal is from an order of the Family Court, Dutchess County (Amodeo, J.), entered November 15, 2001, which dismissed the petition.

Ordered that the order is affirmed, without costs or disbursements.

Under the particular circumstances of this case, we find that the petition should be dismissed in the interest of justice. Altman, J.P., S. Miller, Adams and Cozier, JJ., concur.